Form 148 − ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 22−18060−RG
Chapter: 13
Judge: Rosemary Gambardella

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Allen Gordon
   15 Mountain Lakes Road
   Oakland, NJ 07436

Social Security No.:
   xxx−xx−9400

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

   NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 12/21/22.

   Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within seven (7) days from the date of this Order.

   This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: December 22, 2022
JAN: rah

                                     Jeanne Naughton
                                     Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Allen Gordon  
    Debtor

Case No. 22-18060-RG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 2  
Date Rcvd: Dec 22, 2022      Form ID: 148      Total Noticed: 14

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Allen Gordon, 15 Mountain Lakes Road, Oakland, NJ 07436-3004 |
| 519756439 | + | Demetria Goodman, c/o Bergen Probation Dept, 2 Bergen County Place, Hackensack, NJ 07601-7076 |
| 519756443 | + | Gordon Shana, 15 Mountain Lakes Road, Oakland, NJ 07436-3004 |
| 519733660 | + | Hackensack Meridian Health, PO Box 8505, Coral Springs FL 33075-8505 |
| 519791435 | + | Hackensack University Medical Group, C. Tech Collections, Inc, 5505 Nesconset Hwy, Ste 200, Mt. Sinai, NY 11766-2026 |
| 519733662 | + | Oaklyn Tax Collector, 1 Municipal Plaza, Oakland NJ 07436-1827 |
| 519756441 | + | State of New Jersey, PO Box 245, Trenton, NJ 08695-0245 |
| 519733663 | + | US Bank Trust National Trust Association, KML Law Group PC, 701 Market Street 6, Philadelphia PA 19106-1538 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2022 20:38:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2022 20:38:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/Text: RASEBN@raslg.com | Dec 22 2022 20:38:00 | U.S. Bank Trust National Association, not in its i, Robertson, Anschutz, Schneid, Crane & Pa, 130 Clinton Rd # 202, Fairfield, NJ 07004-2927 |
| 519756440 | + | EDI: IRS.COM | Dec 23 2022 01:34:00 | IRS, PO Box 7346, Philadelphia, PA 19101-7346 |
| 519733661 | + | Email/Text: mail@jenkinsclayman.com | Dec 22 2022 20:38:00 | Jenkins Clayman, 412 S Whitehorse Pike, Audubon NJ 08106-1311 |
| 519793821 | + | Email/Text: bkteam@selenefinance.com | Dec 22 2022 20:38:00 | U.S. Bank Trust National Association, c/o Selene Finance LP,, Attn: BK Dept., 3501 Olympus Blvd,, Dallas, TX 75019-6156 |

TOTAL: 6

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 519756442 | | Reynold Martin |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

| District/off: 0312-2 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 22, 2022 | Form ID: 148 | Total Noticed: 14 |

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2022                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2022 at the address(es) listed below:

**Name**              **Email Address**

Jeffrey E. Jenkins
on behalf of Debtor Allen Gordon mail@jenkinsclayman.com  JenkinsClayman@jubileebk.net

Kimberly A. Wilson
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust k_wilsonlaw@comcast.net, courtdocs_kwlaw@comcast.net;kwlawoffices@gmail.com

Marie-Ann Greenberg
magecf@magtrustee.com

Sindi Mncina
on behalf of Creditor U.S. Bank Trust National Association  not in its individual capacity but solely as owner trustee for VRMTG Asset Trust smncina@raslg.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 5